O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5935 AHM (VBKx) | Date | December 22, 2009 |
|---|---|---|---|
| Title | HORTENCIA P. MENDEZ v. JOSE ANTONIO V. SEVILLA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   The Court GRANTS Defendant's request for an extension of time to file an answer to the complaint. Defendant shall have until January 11, 2010 to file an answer.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |