O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5935 AHM (VBKx) | Date | November 3, 2010 |
|---|---|---|---|
| Title | HORTENSIA P. MENDEZ v. JOSE ANTONIO V. SEVILLA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

    Plaintiff having failed to respond to this Court's October 15, 2010 Order to Show Cause, the Court hereby dismisses this action for failure of Plaintiff to prosecute this case and for her failure to comply with this Court's orders. *See* Local Rules 83-2.10.3 and 83-2.10.4.

    The Clerk is directed to close the file.

**JS-6**

                                                                 :
                                     Initials of Preparer        SMO